IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHRISTOPHER DANIEL McNOSKY, *Plaintiff*, | § § § |
| SVEN STRICKER, *Plaintiff*, | § § § Case No. A13-CV-0631 SS |
| v. | § § § |
| TEXAS GOVERNOR RICK PERRY, *Defendant*. | § |

## DEFENDANT'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

TO THE HONORABLE SAM SPARKS:

Defendant Texas Governor Rick Perry makes this Answer to Plaintiffs' First Amended Complaint, and would respectfully show the Court the following:

### ANSWER

Pursuant to Federal Rule of Civil Procedure 8(b), Defendant Perry denies each and every allegation contained in Plaintiffs' Amended Complaint except for those expressly admitted herein.

1. No factual allegations are made.

2. No factual allegations are made.

3. Deny.

4. Defendant lacks sufficient information to admit or deny.

5. No factual allegations are made.

6. Deny.

## DEFENDANT'S AFFIRMATIVE DEFENSES

Pleading further, Defendant Governor Perry asserts that he is entitled to the following affirmative defenses:

1. Defendant asserts Eleventh Amendment immunity to all claims asserted herein.

## **PRAYER**

Defendant Perry prays that Plaintiffs McNosky and Stricker go hence without day.

>GREG ABBOTT
>Attorney General of Texas
>
>DANIEL T. HODGE
>First Assistant Attorney General
>
>DAVID C. MATTAX
>Deputy Attorney General for Defense Litigation
>
>JAMES "BEAU" ECCLES
>Division Chief - General Litigation
>
>s/ William T. Deane
>WILLIAM T. DEANE
>Texas Bar No. 05692500
>Assistant Attorney General
>General Litigation Division
>P.O. Box 12548, Capitol Station
>Austin, Texas 78711-2548
>(512) 936-1534
>(512) 320-0667 FAX
>
>***ATTORNEY FOR DEFENDANTS***

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing instrument has been sent via certified mail, return receipt requested on this 16th day of September 2013, to:

Christopher Daniel McNosky
5108 Pleasant Run
Colleyville, Texas 76034

Sven Stricker
3047 Bent Tree Ct
Bedford, Texas 76021

             /s/ William T. Deane
             WILLIAM T. DEANE