FILED
2013 DEC -2 AM 11:31
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ KLL
     DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CHRISTOPHER DANIEL McNOSKY, §<br>and SVEN STRICKER, §<br>    *Plaintiffs*, §<br>§<br>v. §<br>§<br>TEXAS GOVERNOR RICK PERRY, et al §<br>    *Defendants.* §<br>§ | Case No. 1:13-CV-0631 SS |

### ORDER

The Court has before it Defendants' Opposed Motion For Extension of Time to File Response and Objections to Plaintiffs' Amended Motion for Temporary Restraining Order and Preliminary Injunction. Having considered the Motion, the Court is of the opinion it should be GRANTED.

It is therefore ORDERED that Defendants shall have until December 27, 2013 to file their responsive pleading and objections to the Plaintiffs' Amended Motion for Temporary Restraining Order and Preliminary Injunction.

SIGNED this 27th day of November, 2013.

*Sam Sparks*
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE