UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Christopher Daniel McNosky, Sven Stricker | § | |
| | § | CIVIL NO: |
| vs. | § | AU:13-CV-00631-SS |
| | § | |
| The State of Texas, Rick Perry, Greg Abbott, Mary Louise Garcia, Cleopatra DeLeon, Nicole Dimetman, Victor Holmes, Mark Phariss | § | |

## ORDER SETTING ALL PENDING MATTERS

   IT IS HEREBY ORDERED that the above entitled and numbered case is set for **ALL PENDING MATTERS** in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, January 09, 2014 at 02:00 PM**.

   IT IS SO ORDERED this 11th day of December, 2013.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE