IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHRISTOPHER DANIEL MCNOSKY §<br>AND SVEN STRICKER, §<br>　　　　Plaintiffs, §<br>　　　　　　　　　　　　§<br>VS. §<br>　　　　　　　　　　　　§<br>TEXAS GOVERNOR §<br>RICK PERRY, ET AL., §<br>　　　　Defendants. § | CIVIL ACTION NO. 1:13-CV-631-SS |

## NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party:   **Defendant Tarrant County Clerk Mary Louise Garcia**

through counsel:　　　**Russell A. Friemel**
　　　　　　　　　　　Assistant District Attorney
　　　　　　　　　　　Tarrant County Criminal District Attorney's Office

hereby (select one):

　__  consents to having a United States Magistrate Judge preside over the trial in this case.

　✓  declines to consent to trial before a United States Magistrate Judge.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　s/ Russell A. Friemel_____
　　　　　　　　　　　　　　　**RUSSELL A. FRIEMEL**
　　　　　　　　　　　　　　　Assistant District Attorney
　　　　　　　　　　　　　　　State Bar No. 07473500
　　　　　　　　　　　　　　　Tarrant County Criminal District Attorney's Office
　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　401 West Belknap Street, 9th Floor
　　　　　　　　　　　　　　　Fort Worth, Texas 76196-0401
　　　　　　　　　　　　　　　Tel. No.: (817) 884-1233 / FAX: (817) 884-1675
　　　　　　　　　　　　　　　**ATTORNEY FOR TARRANT COUNTY**
　　　　　　　　　　　　　　　**CLERK, MARY LOUISE GARCIA**

　　　　　　　　　　　　　　　　　　　　　　　　　　**PAGE 1**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 23, 2013, I electronically filed the foregoing document with the Clerk of the Court for the U. S. District Court, Western District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electric means:

Mr. Christopher Daniel McNosky  
5108 Pleasant Run  
Colleyville, Texas 76034      **Email:  cmcnosky@gmail.com**  
PLAINTIFF PRO SE  

Mr. Sven Stricker  
3047 Bent Tree Court  
Bedford, Texas 76021      **Email:  ststravis@gmail.com**  
PLAINTIFF PRO SE  

Mr. William T. Deane  
Office of the Attorney General  
General Litigation Division-019  
P.O. Box 12548  
Austin, Texas 78711-2548      **Email:  Bill.Deane@texasattorneygeneral.gov**  
ATTORNEY FOR DEFENDANTS  
HONORABLE RICK PERRY &  
GENERAL GREG ABBOTT  

                                      s/ Russell A. Friemel\_\_\_\_\_  
                                      **RUSSELL A. FRIEMEL**