IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER DANIEL MCNOSKY AND SVEN STRICKER, Plaintiffs, | § § § § | |
| VS. | § § | CIVIL ACTION NO. 1:13-CV-631-SS |
| TEXAS GOVERNOR RICK PERRY, ET AL., Defendants. | § § § § | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party: **SVEN STRICKER**

through counsel: Pro Se

hereby **DECLINES** to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

*/s/ Sven Stricker*
SVEN STRICKER

Pro Se

## **CERTIFICATE OF SERVICE**

I hereby certify all defendants were served with a copy of this NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE by email service on DECEMBER 23, 2013, and putative counsel for Defendants have also been served by email on that date.

*/s/ Sven Stricker*
SVEN STRICKER