FILED
2014 FEB -3  AM 11: 43
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER DANIEL McNOSKY, | § | |
| and SVEN STRICKER, | § | |
| *Plaintiffs*, | § | |
| | § | Case No. 1:13-CV-0631 SS |
| v. | § | |
| | § | |
| TEXAS GOVERNOR RICK PERRY, | § | |
| et al | § | |
| *Defendants*. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

ON THIS DAY came to be heard Defendants' motion for extension of time and the Court after considering Defendants' motion hereby grants said motion.

**IT IS THEREFORE ORDERED THAT** Defendants' motion for extension of time is hereby GRANTED *and this case will be on the same schedule as established by agreement in cause no. 13 CV 631 and 13 CV 955.*

SIGNED this 3rd day of January, 2014.

/s/ Sam Sparks
HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE