UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CHRISTOPHER DANIEL MCNOSKY
&
SVEN STRICKER
  *Plaintiffs*,      CASE NUMBER: **A-13-CV-0631**

v.

TEXAS GOVERNOR RICK PERRY, et al.
  *Defendants*,

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

August 19, 2015

| | |
|---|---|
| */s/ Christopher Daniel McNosky* | */s/ William T. Deane* |
| **CHRISTOPHER DANIEL MCNOSKY** | **WILLIAM T. DEANE** |
| 5108 Pleasant Run | Texas Bar No. 05692500 |
| Colleyville, Texas 76034 | Assistant Attorney General |
| | Office of the Attorney General |
| *Pro Se* | General Litigation Division-019 |
| | P.O. Box 12548, Capitol Station |
| | Austin, Texas 78711-2548 |
| */s/ Sven Stricker* | (512) 936-1534 |
| **SVEN STRICKER** | (512) 320-0667 FAX |
| 3047 Bent Tree Ct | *Bill.Deane@texasattorneygeneral.gov* |
| Bedford, Texas 76021 | |
| | *Attorney for Defendants* |
| *Pro Se* | *Texas Governor Rick Perry and Texas Attorney General Greg Abbott* |

1

2

   */s/ Russell A Friemel*
**RUSSELL A. FRIEMEL**

Tarrant County Criminal District Attorney – Civil Division, Tarrant County Justice Center
401 West Belknap Street, 9th Floor
Fort Worth, TX 76196
Tel: (817)884-1233
Fax: (817) 884-1675
*rafriemel@tarrantcounty.com*

***Counsel for Defendant Mary Louise Garcia***

## CERTIFICATE OF SERVICE

I hereby certify all defendants, and putative counsel for defendants, were served with a copy of this JOINT STIPULATION OF DISMISSAL by email service on AUGUST 19, 2015.

*/s/ Christopher Daniel McNosky*
**CHRISTOPHER DANIEL MCNOSKY**
5108 Pleasant Run
Colleyville, Texas 76034

*Pro Se*

*/s/ Sven Stricker*
**SVEN STRICKER**
3047 Bent Tree Ct
Bedford, Texas 76021

*Pro Se*